UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> LOU FUSZ AUTOMOTIVE NETWORK, INC., ONSITE COMPUTER CONSULTING SERVICES, INC., WEST BROTHERS CHRYSLER, INC., and STEPHENSON ELECTRIC COMPANY, <br><br> Defendants. | Case No. 4:02CV1647 CDP |

## JUDGMENT

For the reasons set forth in the Memorandum and Order issued this same day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all defendants shall have judgment against plaintiff on Count I of plaintiff's complaint for declaratory judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Universal Underwriters Insurance Company is obligated by the terms of Policies 190489B and 190494B to defend defendant Lou Fusz Automotive Network, Inc. in the case styled <u>Onsite Computer Consulting Services, Inc. v. Lou Fusz Automotive Network, Inc., et al.</u>, St. Louis County Circuit Court, Case No. 02CC3765.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Universal Underwriters Insurance Company is obligated by the terms of Policy 153159F to defend defendant West Brothers Chrysler, Inc., in the case styled <u>Stephenson Electric Co. v. West Brothers Chrysler, Inc., et al.</u>, St. Louis County Circuit Court, Case No. 02CC3766.

**IT IS FINALLY ORDERED, ADJUDGED AND DECREED** that plaintiff's claim in Count II for declaratory judgment regarding a duty to indemnify is dismissed without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of January, 2004.