RECEIVED

FEB 13 2004

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) ) | Case No. 4:02CV01647CDP |
| LOU FUSZ AUTOMOTIVE NETWORK, INC., a Missouri corporation, WEST BROTHERS CHRYSLER, INC., a Missouri corporation, ONSITE COMPUTER CONSULTING SERVICES, INC., a Missouri corporation, and STEPHENSON ELECTRIC CO., a Missouri corporation, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Universal Underwriters Insurance Company, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 21st day of January 2004 denying Plaintiff's Motion for Summary Judgment; granting Defendants Lou Fusz Automotive Network, Inc.'s, West Brothers Chrysler, Inc.'s, Onsite Computer Consulting Services, Inc.'s ("Onsite") and Stephenson Electric Co.'s ("Stephenson") Cross-Motions for Summary Judgment; and granting Defendants Onsite's and Stephenson's Motion to Dismiss Plaintiff's Second Claim for Relief.

S2004-4253

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Roger K. Heidenreich, #7352
One Metropolitan Square, Suite 3000
St. Louis, Missouri 63102
(314) 241-1800 Telephone
(314) 259-5959 Facsimile

*Attorney for Plaintiff*
*Universal Underwriters Insurance Company*

Case: 4:02-cv-01647-CDP   Doc. #: 55   Filed: 02/13/04   Page: 3 of 6 PageID #: 50

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Eighth Circuit Rule of Appellate Procedure 25A(a), that on the _13_ th day of February, 2004, I, Roger K. Heidenreich, attorney for Plaintiff/Appellant Universal Underwriters Insurance Company, signed the original of the foregoing, and further certify, pursuant to Local Rule 2.12 of the United States District Court for the Eastern District of Missouri, a copy of the foregoing was served by means of the Notice of Electronic Filing upon the following attorneys who have consented to receive service by such means via their registration for electronic case filing and via U.S. mail, postage prepaid, addressed to the following:

Christopher L. Kanzler (ckanzler@dunnandmiller.com)
13321 North Outer Forty Road, Suite 100
Chesterfield, MO 63107

Steven H. Schwartz (sschwartz@bjpc.com)
John D. Briggs (jbriggs@bjpc.com)
1010 Market Street, 20th Floor
St. Louis, MO 63101

Jeffrey H. Schultz
Steven A. Katz (skatz@koreintillery.com)
Douglas R. Sprong (dsprong@koreintillery.com)
#10 Executive Woods Court
Belleville, IL 62226

U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br><br>Appellant/~~Appellee~~<br>vs. | Roger K. Heidenreich<br>Sonnenschein Nath & Rosenthal LLP<br>One Metropolitan Square, Suite 3000<br>St. Louis, MO  63102<br>(314) 241-1800 |
| LOU FUSZ AUTOMOTIVE, INC.,<br>WEST BROTHERS CHRYSLER, INC.,<br>ONSITE COMPUTER CONSULTING SERVICE, INC., and<br>STEPHENSON ELECTRIC CO.,<br><br>~~Appellant~~/Appellees | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER<br><br>See Attachment A |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).    (X) Yes.    ( ) No.

1. Whether the District Court erred in finding that the insurance policies issued by Appellant to Appellees Lou Fusz Automotive, Inc. ("Lou Fusz") and West Brothers Chrysler, Inc. ("West Brothers") require Appellant to defend Lou Fusz and West Brothers in the actions brought against them under the Telephone Consumer Protection Act, 47 U.S.C. §227, by Appellees Onsite Computer Consulting Services, Inc. ("Onsite") and Stephenson Electric Co. ("Stephenson")?

2. Whether the District Court erred in dismissing Appellant's second claim for relief without prejudice?

FOR LEAD COUNSEL ONLY
I ___ have ( X  have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is ( X  is not) amenable to settlement.

Submitted by: _____  2-13-04
Signature of Lead Counsel                Date
Roger K. Heidenreich

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at :
www.ca8.uscourts.gov

    Copy 1 - Send to Appellee (together with an uncompleted Form B)
    Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
    Copy 4 - Retain

## ATTACHMENT A

| | |
|---|---|
| Lou Fusz Automotive, Inc. | Christopher L. Kanzler<br>Dunn & Miller, PC<br>13321 North Outer Forty Road<br>Suite 100<br>Chesterfield, MO 63107<br>(314) 786-1200 |
| West Brothers Chrysler, Inc. | Steven H. Schwartz<br>John D. Briggs<br>Brown & James, P.C.<br>1010 Market Street, 20th Floor<br>St. Louis, MO 63101<br>(314) 421-3400 |
| Onsite Computer Consulting Services, Inc.<br>and Stephenson Electric Co. | Steven A. Katz<br>Douglas R. Sprong<br>Korein Tillery<br>#10 Executive Woods Court<br>Belleville, IL 62226<br>(618) 277-1180 |

2313654910V-1

## CERTIFICATE OF SERVICE

    I hereby certify, pursuant to Eighth Circuit Rule of Appellate Procedure 25A(a), that on the _13_th day of February, 2004, I, Roger K. Heidenreich, attorney for Plaintiff/Appellant Universal Underwriters Insurance Company, signed the original of the foregoing, and further certify, pursuant to Local Rule 2.12 of the United States District Court for the Eastern District of Missouri, a copy of the foregoing was served by means of the Notice of Electronic Filing upon the following attorneys who have consented to receive service by such means via their registration for electronic case filing and via U.S. mail, postage prepaid, addressed to the following:

    Christopher L. Kanzler (ckanzler@dunnandmiller.com)
    13321 North Outer Forty Road, Suite 100
    Chesterfield, MO 63107

    Steven H. Schwartz (sschwartz@bjpc.com)
    John D. Briggs (jbriggs@bjpc.com)
    1010 Market Street, 20th Floor
    St. Louis, MO 63101

    Jeffrey H. Schultz
    Steven A. Katz (skatz@koreintillery.com)
    Douglas R. Sprong (dsprong@koreintillery.com)
    #10 Executive Woods Court
    Belleville, IL 62226

*/s/ Roger K. Heidenreich*